DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MAKCIM IVANOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-10-422-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: January 24, 2011 |
| MAKCIM IVANOV, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, and defendant, MAKCIM IVANOV, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, January 4, 2011, be continued to Monday, January 24, 2011, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 24, 2011 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

1  (Local Code T4).

2

3  DATED: December 28, 2010        Respectfully submitted,

4                                  DANIEL J. BRODERICK
                                   Federal Defender
5
                                   /s/ Matthew M. Scoble
6                                  MATTHEW M. SCOBLE
                                   Assistant Federal Defender
7                                  Attorney for Defendant
                                   MAKCIM IVANOV
8

9
   DATED: December 28, 2010        BENJAMIN B. WAGNER
10                                 United States Attorney

11                                 /s/ Matthew M. Scoble for
                                   PHIL FERRARI
12                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
13

14

15

16                                **O R D E R**

17     **IT IS SO ORDERED.**  Time is excluded from today's date through and

18  including January 24, 2011, in the interests of justice pursuant to 18

19  U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code

20  T4.

21

22  DATED: December 28, 2010        _____
                                    FRANK C. DAMRELL, JR.
23                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2