BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S 10-0422 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | FOR CONTINUANCE OF |
| ) | STATUS CONFERENCE |
| MAKCIM IVANOV, ) | |
| ) | Date: February 3, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| _____) | Hon. Kimberly J. Mueller. |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendant MAKCIM IVANOV, by and through his counsel Assistant Federal Defender MATTHEW SCOBLE, that the status conference in the above-captioned matter set for Monday, January 24, 2011, be continued to Thursday, February 3, 2011, at 10:00 a.m., before the Honorable Kimberly J. Mueller.

The parties understand that this matter is being transferred to Judge Mueller, and that February 3, 2011, is the date of Judge Mueller's first available criminal calendar. In addition, the parties stipulate that the time period from January 24, 2011, up to and including the new status conference date of February 3, 2011, should be excluded from computation of the time for

1

commencement of trial under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defendant agrees his counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial.

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: January 20, 2011        By:   /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
                                    Assistant U.S. Attorney

DATE: January 20, 2011        By:   /s/ Philip A. Ferrari for
                                    MATTHEW SCOBLE
                                    Att'y for Makcim Ivanov

**O R D E R**

IT IS SO ORDERED.

DATED: January 20, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE